IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO ABREU,

      Plaintiff,                                   No. CIV S-09-0763 FCD EFB P

      vs.

F. BRAGA, et al.

      Defendant.                                <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se, litigating a civil rights action originally filed in Amador County Superior Court and now, pursuant to defendants' removal, pending before this court. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 27, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed January 27, 2010, are adopted in full; and

2. Plaintiff's requests for remand, Dckt. Nos. 3, 4, 12, are denied.

DATED: March 15, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE