IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO ABREU,

    Plaintiff,                    No. CIV S-09-0763 KJM EFB P

    vs.

F. BRAGA, et al.,

    Defendants.           <u>ORDER</u>

_____/

    Good cause appearing, defendants Braga and Campbell's first request for modification of the scheduling order, and the current April 29, 2011 dispositive motion deadline, is granted. The court will issue an amended scheduling order following disposition of defendants' pending motion to revoke plaintiff's in forma pauperis status.

    SO ORDERED.

DATED: May 19, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE