UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABREU,<br><br>    Plaintiff,<br><br>    v.<br><br>F. BRAGA, et al.,<br><br>    Defendants. | No. 2:09-cv-0763-KJM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner who proceeded without counsel in this civil action. This case originated on March 18, 2009, when defendants removed it from state court and paid the filing fee. ECF No. 1. On January 27, 2010, the court inadvertently directed the California Department of Corrections and Rehabilitation ("CDCR") to collect a second filing fee from plaintiff (ECF No. 32), after granting plaintiff's application to proceed in forma pauperis (ECF No. 31).

Accordingly, the court's January 27, 2010 order directing CDCR to collect payment for the filing fee (ECF No. 32) is hereby VACATED. Any payments collected from plaintiff's inmate trust account shall be redirected to fees incurred by plaintiff in other cases, if any. If none, payments shall be refunded to plaintiff's inmate trust account. Further, CDCR and the Clerk of the Court shall abandon efforts to collect additional payments from plaintiff in this case.

/////

/////

1

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this order on the Director of CDCR and the Warden at plaintiff's place of incarceration, and deliver a copy of this order to the Clerk's financial division.

DATED: October 23, 2020.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE